IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 17-518-5 |
| | : | |
| TYREE JOHNSON | : | |

## **ORDER**

AND NOW, this 2nd day of February, 2021, upon consideration of Defendant Tyree Johnson's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), the Government's opposition, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 249) is DENIED.

BY THE COURT:

 /s/  Juan R. Sánchez
Juan R. Sánchez, C.J.